No. 10–9404. IN RE HILL; and

No. 10–9461. IN RE PENNICK. Petitions for writs of habeas corpus denied.

No. 10–8761. IN RE TAEK SANG YOON. Petition for writ of mandamus and/or prohibition denied.

No. 10–637. GREENE, AKA TRICE v. FISHER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari granted.

No. 10–945. FLORENCE v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF BURLINGTON ET AL. C. A. 3d Cir. Certiorari granted.

No. 10–439. AL ODAH ET AL. v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 10–623. ASTELLO v. FAYRAM, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–631. CUSTABLE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–720. GEISEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–727. IREY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–728. NADER ET AL. v. NAGO, CHIEF ELECTION OFFICER, STATE OF HAWAII. C. A. 9th Cir. Certiorari denied.

No. 10–736. AWAD v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.